UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  SHARYN A. MATTHEWS

Case No.: 16-34145
Chapter: 7
Judge: JKS

### NOTICE OF PROPOSED ABANDONMENT

Steven P. Kartzman, Chapter 7 Trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:  U.S. Bankruptcy Court
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on February 21, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:  1680 Macopin Road, West Milford, NJ
> Valued at about  $386,000
> Less about 10% costs of sale

> Liens on property: $370,591

> Amount of equity claimed as exempt:  $0

Objections must be served on, and requests for additional information directed to:

Name:  */s/ Steven P. Kartzman*

Address:  101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950

Telephone No.: (973) 267-0220

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 16-34145-JKS
Sharyn A. Matthews                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin           Page 1 of 1           Date Rcvd: Jan 18, 2017
                            Form ID: pdf905       Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2017.
```
db         +Sharyn A. Matthews,    1680 Macopin Rd.,    West Milford, NJ 07480-1811
cr         +CAB East LLC, serviced by Ford Motor Credit Compan,    P.O. Box 62180,
             Colorado Springs, CO 80962-2180
516558744  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
            (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79998)
516558743  +Bank of America,    4909 Savarese Cir.,    Tampa, FL 33634-2413
516558745  +Bank of America,    1800 Tapo Canyon,    Simi Valley, CA 93063-6712
516558747  +Chase Bank,    PO Box 15298,    Wilmington, DE 19850-5298
516558748  +Ford Credit,    PO Box 542000,    Omaha, NE 68154-8000
516558750  +Wells Fargo,    PO Box 10347,    Des Moines, IA 50306-0347
516558751  +Wells Fargo Credit Services,    PO Box 14517,    Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Jan 18 2017 23:38:24      U.S. Attorney,    970 Broad St.,
             Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 18 2017 23:38:22      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
516558749  +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 18 2017 23:37:41      Kohls,    PO Box 3115,
             Milwaukee, WI 53201-3115
                                                                                              TOTAL: 3
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516558746*  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
            (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX 79998)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
               LLC mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Steven P. Kartzman    kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;ncorona@msklaw.net;angiea@msklaw.net
              Susan S. Long    on behalf of Debtor Sharyn A. Matthews susan@susanlonglaw.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```